# EXHIBIT A

# Summons to Trans Union, LLC

DR 09/06/2013 (00VC36) 97.59393.6088953

# SUMMONS

Attorney(s) Cynthia Hughes ( PRO SE )
Office Address 1706 Coral Path
Town, State, Zip Code Wall NJ 07719

Telephone Number (732) 966-0762
Attorney(s) for Plaintiff

**Superior Court of New Jersey**

MONMOUTH ☑ COUNTY
Civil DIVISION
Docket No: L-3336-13

Plaintiff(s)

Vs.

Verizon Wireless, Capital One, Capital One Auto Finance, Trans Union, Equifax, Experian
Defendant(s)

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at
http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

*Jennifer M Perez*
Clerk of the Superior Court

DATED: 09/04/2013

Name of Defendant to Be Served: Trans Union

Address of Defendant to Be Served: Po Box 2000 Chester PA 19022-2000

DR 09/06/2013 (00VC36) 104.59393.6088953

### Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under *Rule 4:5-1*. Pleading will be rejected for filing, under *Rule 1:5-6(c)*, if information above the black bar is not completed or attorney's signature is not affixed

| Field | Value |
|---|---|
| PAYMENT TYPE | ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. | |
| AMOUNT | |
| OVERPAYMENT | |
| BATCH NUMBER | |

**ATTORNEY / PRO SE NAME:** Cynthia Hughes
**TELEPHONE NUMBER:** (732) 966-0762
**COUNTY OF VENUE:** Monmouth
**FIRM NAME (if applicable):**
**DOCKET NUMBER (when available):**
**OFFICE ADDRESS:** 1708 Coral Path Wall NJ 07719
**DOCUMENT TYPE:** Complaint
**JURY DEMAND:** ☐ Yes ■ No

**NAME OF PARTY (e.g., John Doe, Plaintiff):** Cynthia Hughes Plaintiff

**CAPTION:** Verizon Wireless Defendant, Capital One Defendant, Capital One Auto Defendant, Trans Union Defendant, Experian Defendant, Equifax Defendant

**CASE TYPE NUMBER (See reverse side for listing):** 999
**HURRICANE SANDY RELATED?** ☐ Yes ■ No
**IS THIS A PROFESSIONAL MALPRACTICE CASE?** ☐ YES ■ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

**RELATED CASES PENDING?** ☐ Yes ■ No
**IF YES, LIST DOCKET NUMBERS**

**DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?** ☐ Yes ■ No
**NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known):** ☐ None ■ Unknown

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?** ■ Yes ☐ No
**IF YES, IS THAT RELATIONSHIP:** ☐ Employer/Employee ☐ Friend/Neighbor ☐ Other (explain) ☐ Familial ■ Business

**DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?** ☐ Yes ■ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

**DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?** ☐ Yes ■ No
**IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION**

**WILL AN INTERPRETER BE NEEDED?** ☐ Yes ■ No
**IF YES, FOR WHAT LANGUAGE?**

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule 1:38-7(b)*.

**ATTORNEY SIGNATURE:** *C. Hughes*