THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CYNTHIA HUGHES, | : | |
| | : | CIVIL ACTION NO.: |
| | : | 13-5477 (AET)(TJB) |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | |
| VERIZON WIRELESS, | : | **CAPITAL ONE** |
| CAPITAL ONE BANK (USA), N.A., | : | **BANK (USA), N.A.'S and** |
| CAPITAL ONE AUTO FINANCE, | : | **CAPITAL ONE AUTO** |
| TRANS UNION, EXPERIAN, and | : | **FINANCE'S** |
| EQUIFAX | : | **MOTION TO DISMISS** |
| | : | **PLAINTIFF'S COMPLAINT** |
| | : | |
| | : | (Document Electronically Filed) |
| Defendants. | : | |

TO:  Cynthia Hughes
     1706 Coral Path
     Wall, NJ 07719
     Phone: (732) 966-0762
     PRO SE

**PLEASE TAKE NOTICE** that, on November 18, 2013, at 10:00 a.m., or a soon thereafter as counsel may be heard, Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, a Professional Corporation, counsel for Defendants Capital One Auto Finance, a division of Capital One, National Association ("COAF"), and Capital One Bank (USA), N.A., ("Capital One"), identified incorrectly in the Complaint as Capital One, will respectfully move

2126947 v1

this Court for dismissal of Plaintiff Cynthia Hughes' Complaint pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6), stating as follows:

*Pro se* Plaintiff Cynthia Hughes' Complaint falls short of the minimum pleading requirements established by Federal Rule of Civil Procedure 8. These deficiencies mandate dismissal of the Complaint for failure to state a claim for which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, COAF and Capital One rely upon their Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint, which is being filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is also submitted herewith for the Court's consideration.

Oral argument is requested if the motion is opposed.

Respectfully submitted this 23rd day of October, 2013.

PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN, P.C.

By:   s/ Aaron H. Gould

Aaron H. Gould, Esq.
PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN, P.C.
The Legal Center
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
(p) (973) 623-1000
(f) (973) 623-9131
agould@podvey.com

ATTORNEYS FOR DEFENDANTS
CAPITAL ONE BANK (USA), N.A. AND
CAPITAL ONE AUTO FINANCE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by CM/ECF Filing, or if the party does not participate in electronic filing, by U.S. First Class Mail on this the 23rd day of October, 2013 to the following:

Cynthia Hughes
1706 Coral Path
Wall, NJ 07719
Phone: (732) 966-0762
Pro Se

William Robert Brown
Schuckit & Associates PC
4545 Northwestern Drive
Zionsville, IN 46077
Phone: (317) 363-2400
Email: wbrown@schuckitlaw.com
Attorney for Trans Union

Dorothy A. Kowal
Price, Meese, Shulman & D'Arminio, PC
Mack-Cali Corporate Center
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Phone: (201) 391-3737
Fax: (201) 391-9360
Email: dkowal@pricemeese.com
Attorney for Experian

Debra Marie Albanese
Traflet & Fabian, Esqs.
264 South Street
Morristown, NJ 07960
Phone: (973) 631-6222
Email: dalbanese@trafletfabian.com
Attorney for Equifax

    s/ Aaron H. Gould
    Aaron H. Gould

2126947 v1