# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA HUGHES,<br><br>Plaintiff<br><br>vs.<br><br>VERIZON WIRELSS, CAPITAL ONE,<br>CAPITAL ONE AUTO FINANCE, TRANS<br>UNION, EXPERIAN, EQUIFAX,<br><br>Defendant. | Civil No. 13-cv-5477-AET-TJB<br><br>Magistrate Judge Tonianne J. Bongiovanni<br><br>**STIPULATION OF DISMISSAL<br>AS TO DEFENDANT EXPERIAN** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

Cynthia Hughes and the Defendant Experian Information Solutions, Inc., (improperly

designated as Experian) that pursuant to Fed. R. Civ. P. 41(a)(1), this action be dismissed

against Defendant Experian Information Solutions, Inc., with each party to bear their own

costs incurred within.

BY: _____
Cynthia Hughes
1706 Coral Path
Wall, NJ 07719

*Plaintiff pro se*

Dated: 11/7/13

BY: */s/ Dorothy A. Kowal*
Dorothy A. Kowal
Price, Meese, Shulman & D'Arminio, P.C
50 Tice Boulevard
Woodcliff Lake, NJ 07677
*Attorneys for Defendant Experian*

_____

SO ORDERED:

_____
U.S.D.J.