RECEIVED
NOV 20 2013
AT 8:30_____M
WILLIAM T WALSH CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA HUGHES,<br><br>Plaintiff<br><br>vs.<br><br>VERIZON WIRELSS, CAPITAL ONE, CAPITAL ONE AUTO FINANCE, TRANS UNION, EXPERIAN, EQUIFAX,<br><br>Defendant. | Civil No. 13-cv-5477-AET-TJB<br>Docket No: L-3336-13<br><br>Magistrate Judge Tonianne J. Bongiovanni<br><br>STIPULATION OF DISMISSAL<br>AS TO DEFENDANT EQUIFAX |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Cynthia Hughes that the above actions and complaint be dismissed against Defendant Equifax Information Services, Inc., WITHOUT PREJUDICE, and with each party to bear their own costs incurred within. It is further STIPULATED AND AGREED that a RELEASE AND AGREEMENT has been reached between Plaintiff Cynthia Hughes and Verizon Wireless and Capital One Auto Finance, and Capital One.

BY: _____
Cynthia Hughes
1706 Coral Path
Wall, NJ 07719
*Plaintiff pro se*

Dated: 11/15/13

SO ORDERED: _____
U.S.D.J.
11/19/13