NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Cynthia HUGHES,<br><br>          Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS, CAPITAL ONE, CAPITAL ONE AUTO FINANCE, TRANS UNION, EXPERIAN, EQUIFAX,<br><br>          Defendants. | Civ. No. 13-5477<br><br>ORDER |

THOMPSON, U.S.D.J.

    Inasmuch as Plaintiff has stipulated that a release and agreement has been reached between Plaintiff and Defendants Capital One Auto Finance and Capital One,

    IT IS on this 21st day of November, 2013,

    ORDERED that Defendants' Motion to Dismiss (Docket No. 13) is moot.

    /s/ Anne E. Thompson
    ANNE E. THOMPSON, U.S.D.J.